# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3537

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the District |
| | * | of South Dakota. |
| Gerald Tokala Clifford, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted:  March 15, 2000

Filed:  May 1, 2000

_____

Before RICHARD S. ARNOLD, LAY, and BEAM, Circuit Judges.

_____

PER CURIAM.

Gerald Tokala Clifford was found guilty by a jury of possession with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1) and distribution of a controlled substance to persons under the age of twenty-one in violation of 21 U.S.C. § 841(a) and 21 U.S.C. § 859.  He was sentenced to one year and one day in

prison.[1]  On appeal, Clifford argues that the district court erred in denying his motion to suppress evidence on the ground that exigent circumstances supported the warrantless entry and search of his motel room.  He also claims that the evidence presented at trial was insufficient to support his conviction.  Having carefully reviewed the record and the parties' briefs, we find no error requiring reversal, and affirm the defendant's conviction without further discussion.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Andrew W. Bogue, United States District Judge for the District of South Dakota.

-2-